

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT**, A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

# O R D E R

The Appellants Second Motion for Extension of Time to File Brief is GRANTED. The appellants' brief is due on April 16, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

Keith E. Hottle
Clerk of Court